UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-2349 PSG (GJSx) | Date | May 6, 2020 |
|---|---|---|---|
| Title | Anna Rios v. FCA US LLC et al. | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):**    The Court GRANTS the motion to remand

On February 5, 2020, Plaintiff Anna Rios ("Plaintiff") initiated this action in Los Angeles County Superior Court, alleging breach of implied and express warranty, among other things. *See Complaint*, Dkt. # 1-3 ("*Compl.*").  On March 11, 2020, the action was removed to this Court on the basis of diversity of citizenship.  *See Notice of Removal*, Dkt. # 1 ("*NOR*"). Plaintiff now moves to remand the action arguing, among other things, that the amount in controversy requirement is not met and that Defendant Antioch is not a "sham" defendant and thus that there is not complete diversity of citizenship.  *See* Dkt. # 9 ("*Mot.*").  Defendants FCA US, LLC and Antioch Chrysler Jeep Dodge, Inc. d/b/a Antioch Chrysler Jeep Dodge Ram ("Defendants") filed a notice of non-opposition to Plaintiff's motion to remand.  *See* Dkt. # 10. Accordingly, the Court **GRANTS** the motion to remand and **REMANDS** the action to Los Angeles County Superior Court.

**IT IS SO ORDERED**.